# Court of Appeals
# of the State of Georgia

ATLANTA, February 01, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0739.  DANIEL ERIC COBBLE v. CLAY TATUM.**

The superior court refused prison inmate Daniel Eric Cobble's request to proceed *in forma pauperis* and denied the filing of his civil complaint.  The court ruled that Cobble had already filed more than three frivolous civil actions and could file further *in forma pauperis* complaints only if he alleged that he was under imminent danger of serious physical injury, pursuant to OCGA § 42-12-7.2.  Cobble filed an application for discretionary appeal, which we denied on December 12, 2012.  See A13D0139.  Cobble also filed this direct appeal from the same order.  We, however, lack jurisdiction.

Because Cobble is incarcerated, his appeal is controlled by the Prison Litigation Reform Act of 1996.  OCGA § 42-12-1 et seq.  Pursuant to OCGA § 42-12-8, an appeal of a civil action filed by a prisoner "shall be as provided in Code Section 5-6-35."  Under OCGA § 5-6-35, the party wishing to appeal must file an application for discretionary appeal to the appropriate appellate court.  This direct appeal is therefore DISMISSED for lack of jurisdiction.. See *Jones v. Townsend*, 267 Ga. 489 (480 SE2d 24) (1997).[1]

---

[1] Moreover, we note that the denial of Cobble's application for discretionary appeal was an adjudication on the merits.  Therefore, this appeal is also barred by the doctrine of res judicata.  See *Northwest Social & Civic Club v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 02/01/2013
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*